IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN A. PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-1569 (RCL) |
| | ) |
| BEN BERNANKE, CHAIRMAN, | ) |
| THE BOARD OF GOVERNORS OF | ) |
| THE FEDERAL RESERVE SYSTEM, | ) |
| | ) |
| Defendant. | ) |

## STATUS MEMORANDUM

Pursuant to the Court's order of November 9, 2006, Plaintiff John A. Price ("Price") hereby submits the following memorandum regarding the status of service of the complaint on Defendant Ben Bernanke ("Bernanke").

There is a related case currently on appeal in the United States Court of Appeals for the District of Columbia Circuit (Civ. No. 04-973 in this Court). The Court of Appeals recently heard oral argument in the related case, and Price was planning to wait for the ruling on appeal before serving the complaint in this case so that he might move to consolidate the cases if he is successful on appeal. However, in light of the Court's order dated November 9, 2006, Price served the complaint via certified mail on November 15, 2005, and the service date will occur upon delivery by the United States Postal Service. Price will file proof of service upon receiving the necessary certified mail receipts. Upon receiving confirmation of service Price intends to ask the Court to stay this action pending the resolution of the appeal so that if the previous case is remanded the cases may be consolidated for discovery.

2

>
> Respectfully Submitted,
> John A. Price,
> *By Counsel*
>
> /s/ R. Scott Oswald_____
> R. Scott Oswald, D.C. Bar No. 458859
> Nicholas Woodfield, D.C. Bar No. 471801
> The Employment Law Group, PC
> 888 17th Street, N.W.
> Suite 900
> Washington, D.C. 20006-3307
> (202) 261-2812
> (202) 261-2835 (facsimile)
> soswald@employmentlawgroup.net
> nwoodfield@employmentlawgroup.net
> *Counsel for Plaintiff*