IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN A. PRICE, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 06-1569 (RCL) |
| BEN BERNANKE, CHAIRMAN, THE BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, | ) |
| Defendant. | ) |

## AFFIDAVIT OF SERVICE

The undersigned hereby certifies that service of process was executed upon the United States Attorney's Office, the United States Attorney General, and Ben Bernanke, Chairman of the Board of Governors of the Federal Reserve System, by sending a copy of the Complaint to the following addresses via certified mail, return service requested:

United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

United States Attorney General
10th & Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Ben Bernanke
20th and C Streets, N.W.
Washington, D.C. 20551

The Board of Governors of the Federal Reserve System
20th and C Streets, N.W.
Washington, D.C. 20551

The Complaint was received by each of the above-named entities by November 21, 2006.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING DOCUMENT ARE TRUE AND CORRECT.

                                         /s/ Eli J. Forsythe
                                         Eli J. Forsythe