# DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

# EXHIBIT - D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN A. PRICE,<br>    Plaintiff,<br><br>v.<br><br>BEN S. BERNANKE,<br>CHAIRMAN OF THE BOARD<br>OF GOVERNORS OF THE<br>FEDERAL RESERVE SYSTEM,<br>    Defendant. | Civil Action No. 06-1569 (RCL) |

**DECLARATION OF MARIANNE EMERSON**

I, MARIANNE EMERSON, declare that the following is true and correct.

1.  I am the Director of the Information Technology Division of the Board of Governors for the Federal Reserve System (the "Board"). The Division provides information technology services to the Board, the Federal Financial Institutions Examination Council, the Federal Reserve Banks and, to a lesser extent, other central banks. The IT Division presently consists of eight branches and twenty-four different units. Among other things, my duties include managing the 300 employees who serve in the IT Division today.

2.  I have known John A. Price, in a professional capacity, since I joined the Board in 1982. In May 1999, I was appointed to be the Deputy Director of the IT Division and, therefore, served as Mr. Price's second-level supervisor. I eventually became Mr. Price's third-level supervisor when, in July 2002, I was appointed to be acting Director of the IT Division. I became the permanent Director of the IT Division in April 2003.

3.  To the best of my knowledge, Mr. Price has spent most of his career with the Board as a manager of mainframe and network services. His skills primarily lie in operating a mainframe and the network infrastructure connected to it. He also has many years of experience in managing people who conduct these functions.

4.  When I first met Mr. Price in 1982, he was a systems analyst in the Systems Programming Section, a now defunct unit of the IT Division, where his primary responsibility was installing software and hardware as well as troubleshooting network and mainframe related problems. He was eventually promoted to the title of manager (previously called chief) in 1990.

5.  In 2004, the IT Division underwent a reorganization. As a consequence, Mr. Price's

mainframe unit was merged with the distributed software support unit to form a single unit called the Data Center & Distributed Software support unit. The new unit was then then placed in the General Systems Support branch. As a result of the consolidation, Mr. Price was given the new responsibility of managing the Board's help desk, an function designed to assist Board employees with basic desktop computer issues. Mr. Price continues in that endeavor today.

6.   Sometime in the fall of 2005, I became aware of the need to redesign the National Information Center ("NIC"). The NIC is a central repository containing information about all U.S. banking organizations and their domestic and foreign affiliates. It also contains information on foreign banking organizations located in the U.S. At the time, the NIC information was copied to more than 100 different databases, which made it difficult for the Federal Reserve's economists and financial analysts to obtain the accurate data needed to monitor and analyze banking organizations and the banking industry as a whole. This massive redesign effort ultimately became known as the National Information Center Architectural Redesign Initiative ("NARI").

7.   I believed the best approach to ensure NARI's success was to create a new branch within the IT Division known as NIC Systems. The new branch would be staffed by division employees who are familiar with the NIC's architecture and possess the knowledge, skill and ability to design and build specialized software applications that will give users easier access to more reliable NIC data. I also believed that the new NIC Systems branch should be headed by an assistant director who was also familiar with the NIC's existing architecture and possessed significant experience in designing and developing software applications that could be used in the NARI effort. In my view, Jill Rosen (then Jill Coss) was the best qualified person for the job.

8.   I have known Jill Rosen, in a professional capacity, since 1997. I was her second-level supervisor in July 2000, when she was transferred from the Board's Management Division to the IT Division. I later became her third-level supervisor when, in 2002, I was promoted to acting Director.

9.   Ms. Rosen's first assignment in the IT Division was as an applications manager in the Statistical Services branch, which included the NIC. As an applications manager, Ms. Rosen was responsible for assisting in the development, maintenance and testing of customized software applications that work specifically with the NIC. The job required Ms. Rosen to have a strong familiarity with the NIC's architecture.

10.   At the time I made my decision to appoint Ms. Rosen to the position of Assistant Director, in October 2005, I knew she had at least nineteen years of experience in the IT field, at least eight of which had been devoted exclusively to database administration in the Board's Management Division. I also knew that Ms. Rosen had a strong understanding of the NIC's existing architecture because she had been successfully working with it since joining the IT Division in July 2000. Given her specialized experience, I believed Ms. Rosen possessed the knowledge, skill and ability to oversee the development and design of customized software

applications that could be used in the NARI effort.

11.     In making my decision to appoint a new assistant director, I considered all of the managers in IT, including John Price. However, because Mr. Price had spent almost his entire career at the Board working primarily with mainframe and network systems, I believed he lacked the necessary specialized experience in managing customized software applications development projects and did not have a comprehensive understanding of the NIC's architecture.

12.     In August 2005, I was made aware that the Board's Management Division had requested nominations for the Board's Special Achievement Award. As is my custom, I listed the request as an agenda item for my weekly meeting with the assistant directors in the IT Division. During the meeting that followed, I raised the topic of potential nominees and turned the floor over to the assistant directors for discussion. I did not propose any names for consideration because I believe that the assistant directors are in a better position to judge whether an employee has met the criteria set by the Board. None of the assistant directors suggested nominating Mr. Price for the award.

13.     During the meeting, it became apparent that there was only one person in the IT Division who met the criteria set by the Board. Fred Vu was nominated and ultimately selected for the award because, in the past few years, he had played a key role in establishing disaster-recovery systems for the Board. Fred demonstrated extraordinary personal initiative, creativity and innovation in strengthening the Board's telecommunications infrastructure. He completed an extraordinary project in an extraordinary manner.

14.     The Board's Performance Management Program requires that each employee be given an annual performance appraisal and rating ("PMP"). In the IT Division, each manager is responsible for issuing a PMP to his or her direct report(s). Prior to issuing the PMP rating, however, each manager must submit the employee's projected PMP to the deputy director.

15.     As the assistant director of the General Systems Support Branch, Po Kim is responsible for issuing a PMP to his direct reports, which includes John Price and Peter Both. In 2005, I was made aware of the projected PMP ratings of Mr. Price and Mr. Both. I did not comment on these ratings.

16.     Sometime in July 2004, I was informed that Mr. Price had filed a complaint of discrimination in District Court. While I was generally informed about the status of the case, I was not aware of any specific actions taken by Mr. Price regarding that lawsuit during the time period between August and December, 2005.

    Under penalty of perjury, I declare that the foregoing is true and correct.

Executed on this 12th day of January, 2007.

_Marianne M. Emerson_
Marianne M. Emerson