# DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

# EXHIBIT - F



**BOARD OF GOVERNORS
OF THE
FEDERAL RESERVE SYSTEM
WASHINGTON, D. C. 20551**

DATE:     October 21, 2005

TO:       Board of Governors
VIA:      Governor Olson and Mr. Malphrus

FROM:     Marianne M. Emerson

SUBJECT:  Official Staff Action

### Action Requested

The Division of Information Technology requests Board approval for the addition of one new officer to meet the need for oversight of projects that represent a substantial increase in division workload, and the appointment of Jill A. Coss to the position at the Assistant Director level.

The appointment is needed in order to strengthen oversight of a conversion project that could save the Board more than $400,000 annually beginning in 2008 and to provide appropriate direction to a project to improve data access and quality. More generally, the appointment will better align the management structure in the division to meet requirements of the Board, the Federal Reserve System and the Federal Financial Institutions Examination Council for information technology services.

### Fiscal Note

Appointment of Jill A. Coss from Manager to Assistant Director, Level V, at a salary of $ would result in an increase in salaries and fringe of approximately $ dollars during the 2006/2007 budget period, which the division will absorb through reductions elsewhere. The appointment will not increase the division's position count (a vacant position will be converted).

### Discussion

The Division of Information Technology currently has nine officers and a staff/officer ratio of 35:1 (the lowest among the Board's divisions). In 2002 the division was able to reduce the officer count by two because of the availability of experienced officers and a realignment of workloads. A growing workload overall in combination with the addition of two significant new projects has strained the current management structure to the point of risking both efficiency and project delivery schedules. The appointment of Ms. Coss would reduce the staff to officer ratio only modestly, to 30:1. The cost of the promotion would be absorbed by the division. A recommended salary increase of three percent would maintain salary alignment in the division and make this reorganization a cost-effective step to ensure continued high-quality service to the Board.

The division has two new significant initiatives in the coming years – the National Information Center (NIC) Architecture Redesign Initiative (NARI) to modernize the Federal Reserve

2

System's database on the structure of financial institutions and a statistical conversion project to improve and enhance data analysis. The NARI project will provide economists and financial analysts easier access to the data and improve its quality. The statistical conversion project will enhance editing, analysis, access and report generation, in addition to eliminating two outdated systems resulting in annual savings of more than $400,000 starting in 2008. The new officer responsibilities will be to manage the NIC Systems Branch that develops the NARI software and maintains and enhances the current NIC software, including the Central Document and Text Repository.

The proposed action includes:

Appointment of Assistant Director for the National Information Center Systems Branch

I recommend that **Jill A. Coss**, Manager, be appointed to Assistant Director. Ms. Coss joined the Board in 1997 as a senior database administrator (DBA) in the Management Division with eleven years of experience in the private sector, including eight as a manager. (A DBA is a specialized analyst who designs databases and ensures that they operate efficiently.) She was promoted to manager in the Division of Information Technology in 2000. During her career, she has worked with the Divisions of Monetary Affairs, Banking Supervision and Regulation and Research and Statistics. Ms. Coss has managed software development for many of the Board's key information systems, including the Call Report and the NIC. In taking on the NARI assignment, she demonstrated outstanding leadership by working closely with clients to gather and prepare detailed requirements to initiate this critical project. In addition, she represents the division and the Board on a number of key task forces and committees. She holds a Batchelor of Science in Electrical Engineering from the George Washington University (GWU) and expects to receive a Master of Science in Project Management from GWU in December, 2005.

**Concurrence**
   Official staff in the Management Division have reviewed this action and concur.

   A current and proposed organization chart for the Division of Information Technology is attached.

Attachments

000178