DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT

EXHIBIT - G



**BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM**

MANAGEMENT POLICY STATEMENT

Approved by
ᔕКщ

effective date
1/24/03

# PERFORMANCE MANAGEMENT PROGRAM

## POLICY STATEMENT

The Board's policy is to review the performance of all employees periodically and make employment decisions based on an employee's performance. To this end, the Board has established a Performance Management Program (PMP) that requires a written annual review (annual PMP).[1]

## PURPOSE

The purpose of the PMP process is to (1) continuously improve individual and organizational performance, (2) develop and motivate employees to become top performers and help the Board achieve its mission and purpose, and (3) determine the applicable merit-pay increase due to each employee. The PMP process is also a factor in determining variable-pay awards

## OBJECTIVES

The PMP process helps the Board achieve its mission and purpose by establishing a set of planned activities for each employee. These activities support the organization's work needs and emphasize the importance of open lines of communication between employees and their supervisors regarding work performance. The Board encourages employees to develop their skills and grow in their professions; therefore, annual PMPs should outline goals and objectives and discuss performance areas that can be improved.

To meet the goals of the PMP process, supervisors are responsible for creating performance standards, monitoring performance, and providing an employee with feedback on his or her performance. Employees share responsibility for initiating communication at any time regarding performance issues and concerns, preparing for each step of the performance-appraisal process, and implementing the suggestions provided as feedback.

## DEFINITIONS

For purposes of this policy, the following definitions apply unless otherwise specified.

*Annual PMP* (or the PMP) is the written annual review and rating of an employee's performance.

*Employee* is an individual who works full-time or part-time and is appointed into Board service for a period of more than 90 calendar days. The term "employee" includes officers.

**00019.**

*Feedback* is an oral or written evaluation of an employee's performance and takes place at any time during the review period.

*Interim PMP* is a written review and rating of an employee's performance that takes place before the annual PMP.

*Nonregular employee* is an employee serving a provisional employment period, a student aide, a worker-trainee, a student intern, or a co-op employee or a person serving in a temporary, term-limited position.

*Review or performance period* means the period of time for which the employee's performance is being evaluated.

## PERFORMANCE RATINGS

An employee's performance is evaluated against five possible levels of performance-- Extraordinary, Outstanding, Commendable, Marginal, and Unsatisfactory. An employee receives an evaluation and overall rating for the performance period. The evaluation takes into account an employee's performance on the technical requirements and the behavioral components of the job and may take into consideration the performance of his or her similarly situated peers. The five rating levels are defined below.

*Extraordinary.* Performance that substantially and consistently exceeds the Board's high standards and expectations. This rating is reserved for a limited number of employees.

*Outstanding.* Performance that consistently meets and often exceeds the Board's high standards of the job and the expectations of the position. This rating is reserved for a limited number of employees.

*Commendable.* Performance that consistently meets the Board's high standards and expectations.

*Marginal.* Performance that is marginally below the level of acceptability because it does not either fully or consistently satisfy the requirements and expectations of the position.

*Unsatisfactory.* Performance that is below the level of acceptability because it substantially fails to satisfy the requirements and expectations of the position.

## PMP REQUIREMENTS

1. *Timing of the annual PMP.* Supervisors must conduct an annual PMP for each employee they supervise.[2] Annual PMPs of all employees will be completed on the same annual cycle on PMP forms that have been approved by the Human Resources (HR) Function of the Management Division. HR will notify all divisions of the dates the annual PMPs are due.

2. *Feedback.* Supervisors and employees are to discuss the employee's performance and how well the employee is meeting his or her performance objectives during a

### 00019₄

ROI00262

particular performance period. The objective of feedback is to recognize effective and ineffective performance and motivate the employee to higher levels of performance. In addition, the feedback is meant to reinforce positive performance behaviors, raise awareness of problem or ineffective performance, and resolve performance problems as they arise.

3. *Interim PMP.* As appropriate, supervisors may provide the employee with a written interim PMP evaluating his or her performance at any time before the annual PMP. As explained in detail in the appendix, in certain cases, a supervisor must provide an interim PMP to an employee who receives a rating of Marginal or Unsatisfactory.

4. *Use of HR-approved PMP forms.* HR-approved PMP forms must be used for annual PMPs. If a division demonstrates a sufficient need, HR may permit that division to use specifically tailored PMP forms. Any such form must include objectives; measurement criteria; performance results; strengths; areas for further improvement; an overall evaluation; and, where appropriate, a development plan. Furthermore, all tailored PMP forms must include a description of the performance-rating levels as stated in this policy.

5. *Change of supervisor or job.* If a supervisor is reassigned from a work unit or leaves the Board, responsibility for the PMPs for employees in the unit will be given to the new supervisor. Similarly, responsibility for the PMP for an employee transferring to a work unit with a different supervisor will be with the new supervisor. In both cases, unless an interim PMP was given at the time of the transfer, the new supervisor should consult with the prior supervisor, if possible, when completing the annual PMP.

6. *Signing and finalizing the annual PMP.* The employee, supervisor, and reviewing manager should sign the annual PMP. If the employee declines to sign the PMP, this should be noted on the PMP. A copy of the PMP must be provided to the employee no later than three days after it is signed by the reviewing manager.

   A PMP is final and effective when the reviewing manager signs it. The reviewing manager is required to sign the PMP no later than November 30.

   Until the PMP is signed by the reviewing manager, an employee may raise a disagreement about the PMP with the supervisor or reviewing manager. If the reviewing manager or supervisor makes any changes to the PMP in connection with a PMP disagreement, these changes should be reflected on the PMP or on attachments to it. Any written statements an employee submits in response to the PMP must be attached to the completed PMP. If the disagreement cannot be resolved by the last working day in November, the supervisor should inform the employee that the PMP will be finalized and signed by the supervisor and reviewing manager.

7. *Signing and finalizing an interim PMP.* An interim PMP is effective when signed by the supervisor and given to the employee.

8. *Consultation with HR.* A division may issue an annual PMP or interim PMP that rates an employee's performance as below Commendable after consulting with the

**000195**

ROI00263

Employee Relations Section, HR.

## OTHER PMP-RELATED ACTIVITIES

1. *Objective setting for new employees and employees in new positions.* Supervisors are required to hold objective-setting sessions with all new employees and employees who are assuming new positions. The objective-setting session is a meeting in which the supervisor, with the employee's input, clarifies the employee's job responsibilities and performance expectations, identifies specific objectives and measurement criteria for the employee's job, and plans how the employee will accomplish the objectives.

   An objective-setting session must be held within 90 calendar days of an employee's appointment or assumption of a new position. A written record of the session should be kept on the PMP form.

2. *PMP session.* Supervisors are expected to let each employee know when they will be conducting the PMP session for the annual PMP, thus allowing the employee adequate time for preparation. During the PMP session, supervisors are expected to cover job responsibilities, performance expectations and objectives, performance results, employee behavior, employee strengths, areas for further improvement, and development needs and activities.

   Employees are expected to participate actively in the PMP process. During the PMP session, the employee is expected to provide views about his or her performance. Employees and supervisors (or reviewing managers) should attempt to resolve differences of opinion related to the PMP.

   Reviewing managers should review the PMPs completed by their subordinate supervisors and ensure that the PMPs adequately reflect employee performance. Reviewing managers should attempt to resolve PMP disagreements between an employee and his or her immediate supervisor.

3. *PMP training for newly appointed employees and newly appointed supervisors.* New employees and newly appointed supervisors must complete PMP training within 90 calendar days of their appointments. If possible, this training should occur before the supervisor issues any PMPs and before the supervisor's initial PMP objective-setting session with a subordinate employee.

## RETENTION OF PMP DOCUMENTS

1. *Division and HR.* Each division must retain all PMPs, including interim PMPs, either in a central secure location or in a secure file maintained by an employee's supervisor. Each division must send the original, completed annual PMP to the designated HR staff responsible for the Performance Management Program. HR staff will file the PMP documents in an appropriate system of records consistent with applicable law. HR will keep documents related to PMP appeals. PMP documents may be accessed in accordance with the Privacy Act of 1974, as amended.

2. *Time period.* PMP records shall be retained in accordance with the applicable records-

000196

ROI00264

retention schedule. Division management should contact the Office of the Secretary for guidance on the time period for retention.

## USE OF PMP RATINGS

1. *Generally.* The annual PMP is used to determine the merit increase the employee will receive for the year and, when applicable, is considered when determining variable pay or eligibility for other incentive programs.

   Further, annual and interim PMPs are used in evaluating the employee's continued suitability for employment.[3] As discussed more fully in the appendix, ratings of Marginal and/or Unsatisfactory may lead to the employee's separation from Board employment.

2. *Merit pay and ratings of less than Commendable.* An employee who receives a rating of Marginal or Unsatisfactory on his or her annual PMP is not eligible for a merit increase or salary-structure increase. If the employee's salary falls below the minimum of the salary range for his or her grade, the employee's salary will not be raised to the minimum of the salary range.

3. *Personnel Placement Program (PPP).* An employee's performance on the three most recent annual PMPs is a factor used in determining the retention standing of the employee when the employee is affected by an action subject to PPP.

## APPEALS

1. *What may be appealed.*[4] An employee may appeal his or her most recent annual PMP, which may include an appeal of the overall rating, the rating on an individual element, or adverse comments in the PMP.[5] In addition, an employee may appeal an interim PMP if that PMP rates the employee Unsatisfactory and if the employee's most recent annual and or interim PMP was Commendable or higher.[6] An employee may not appeal feedback, other interim PMPs, or an annual PMP for a prior performance period. Any appeal must be in writing.

2. *Time period.* An employee wishing to appeal an annual PMP must file any such appeal within 14 calendar days after the date on which the reviewing manager signed the PMP or, in the case of an appealable interim PMP, within 14 calendar days of the date on which the supervisor signs the interim PMP. The first-level appeal must be filed with the director of the division in which the PMP was issued, including cases in which the division director was the supervisor or reviewing manager for the PMP.

3. *Content of the appeal.* The appeal must specifically set forth those areas of the PMP with which the employee disagrees. If the employee does not provide sufficient information in the appeal, the employee may be asked to submit additional information.

4. *First-level appeal: division director.* The division director will notify the appropriate supervisor of the appeal promptly after receipt. The division director will determine whether the PMP rating is appropriate and whether any changes should be made to the

**000197**

ROI00265

Case 1:06-cv-01569-RCL    Document 7-8    Filed 01/22/2007    Page 7 of 10

PMP. All documentation the employee or the supervisor wish to present must be provided to the division director no later than 10 calendar days after the date on which the employee files the appeal with the division director.

In reviewing the appeal, the division director may act based upon the material provided by the employee and supervisor. The division director may also conduct whatever further investigation he or she deems appropriate, including requesting supplementary information from the employee or supervisor.

Within 30 calendar days after receipt of the appeal and the submission of any supplementary information, the division director, or his or her designee, will issue a written decision on the appeal. The decision should be given to the employee in a manner that identifies the date it was delivered to the employee.

5. *Second-level appeal: Associate Director, HR.* If an employee is not satisfied with the decision of his or her division director, the employee may file a second-level appeal in writing with the Associate Director, HR. An officer who wishes to file a second-level appeal must file that appeal in writing with the Staff Director for Management.[7] All second-level appeals must be filed within 10 calendar days after the employee has received the division director's written decision.

The appeal must specifically set forth those areas of the PMP with which the employee disagrees. If the appeal does not provide sufficient information, the employee may be asked to submit additional information. The appeal may not raise new arguments or issues that were not raised with the division director, but the appeal may address arguments or issues raised by the division director in his or her decision.

Unlike the division director, the Associate Director will not substitute his or her judgment for the division's judgment on issues related to the technical or professional skill or judgment of the employee. The Associate Director will review whether the division reasonably followed the applicable procedures, whether the PMP guidelines were applied consistently to other similarly situated employees reporting to the same manager, and whether the conclusions reached in the PMP are supported by the explanations given.

All material the employee wishes to have considered must be provided to the Associate Director with the appeal. The Associate Director will determine whether the PMP is supported by the material submitted in connection with the appeal. When additional facts are necessary to permit the Associate Director to make a decision, the Associate Director should refer the questions back to the division or, as appropriate, the employee for a response. Within 10 calendar days after this referral, the division or employee must submit a response to the Associate Director.

The employee's appeal and the supporting documentation submitted by the employee will be shared with the division. However, supporting documentation does not have to be shared with the division if the Associate Director does not rely on the information in reaching a decision or if he or she determines that disclosing the information would create or exacerbate an employee relations issue. The supporting documentation submitted by the division will be shared with the employee, except to the extent that

000198

doing so infringes on the privacy rights of other employees.

The Associate Director will issue his or her written decision within 20 calendar days after the submission of the appeal and any supplemental information. The decision of the Associate Director is final.

When an employee in the Management Division files a second-level appeal under this policy, the Staff Director for Management will decide the appeal.

6. *Interplay with other appeal processes.* A PMP may not be simultaneously challenged under this policy and through other procedures provided by various Board policies. This means that while PMP-related issues may be raised under employee relations policies, such as the Adverse Action Policy and Procedures, Provisional Employment Period policy, and the Equal Employment Opportunity (EEO) policy, the PMP appeal cannot be pursued at the same time as an appeal under these other policies. Accordingly, whenever an employee is pursuing multiple avenues as described above, any appeal under this policy will be dismissed, and the PMP issue will be addressed under the other policy.

If an employee files an appeal under this procedure and the employee wishes to file an EEO complaint regarding the PMP, the employee must contact an EEO counselor and initiate the EEO process within 60 days of the date his or her PMP was signed by the reviewing manager.

An employee may not pursue a PMP-related disagreement under the Board's Adjusting Work-Related Problems policy. The supervisor or manager involved must refer the employee to the PMP policy.

An employee's appeal under this procedure does not stay or prevent any action that may be taken under another Board procedure. In this regard, an adverse action or a disciplinary action that is based on the PMP can be taken even if the PMP appeal is pending. The PMP matter will be addressed under the Board procedure pursuant to which the action is taken against the employee.

7. *Consultation.* At any stage in the PMP process, an employee or manager may contact an employee relations specialist for assistance in resolving PMP-related problems.

8. *Extensions of time.* HR, after consulting with both the affected employee and the employee's division, may extend any of the time frames under this appeal procedure.

9. *Remedies.* As a result of a PMP appeal, a division director or the Associate Director, HR, under authority delegated from the Chairman of the Committee on Board Affairs (the Administrative Governor), may uphold the PMP, raise the overall PMP rating, raise the rating in an individual element, or change language in the PMP. The PMP may not be modified in a way that is adverse to the employee as a result of an appeal.

## REFERENCES

- Adjusting Work-Related Problems

000199

- Adverse Action Policy and Procedures

- Alternative Pay Programs Policy

- Equal Employment Opportunity

- Personnel Placement Program

- Provisional Employment Period

## RESPONSIBILITY

The Management Division is responsible for the development of this policy. The Management Division shares the responsibility for implementation of the PMP program with each division (or office). The Board reserves the right to amend this policy at any time.

## APPENDIX--ADVERSE ACTIONS BASED ON PERFORMANCE

As discussed more fully below, the Board may take an adverse action, including separation from employment, against an employee who fails to meet the Board's performance standards.[8] The Board's Adverse Action Policy and Procedures describe the procedures applicable to an adverse action.

1. *Annual or interim PMP rating of Unsatisfactory.* An employee whose performance is rated Unsatisfactory on an annual or interim PMP will be given a relatively short period of time from the date the Unsatisfactory PMP was issued to improve his or her performance. This period of time may not be less than 90 days, but should ordinarily not be longer than six months. At the end of the period to improve performance, the supervisor must issue the employee another PMP. If the employee's performance is rated less than Commendable on this PMP, the employee may be subject to adverse action that may include termination of employment.

2. *First annual rating of Marginal.* An employee whose performance is rated Marginal on an annual PMP will be given a period of six months from the date the annual Marginal PMP was issued to improve his or her performance. At the end of the six-month period, the supervisor must issue the employee an interim PMP. If the employee's performance is rated less than Commendable on this PMP, the employee may be subject to adverse action that may include termination of employment.

3. *Consecutive annual ratings of below Commendable.* An employee whose performance is rated less than Commendable on two consecutive annual PMPs is subject to adverse action that may include termination of employment. Adverse action may be taken even though the employee's performance was rated Commendable or higher on one or more interim PMPs before the second annual PMP. The employee will not be given another period of time to improve performance after the second annual less-than-Commendable PMP.

4. *Failure to sustain Commendable or higher performance.* Employees are expected to sustain Commendable or higher performance. Thus, an employee may not engage in

**000200**

RODI00268

"see-saw" performance, which means the employee has a pattern of Commendable ratings followed by less-than-Commendable ratings. If the employee, over a period of 24 months, receives three annual or interim PMPs of less than Commendable, upon issuance of the third such PMP, the employee may be subject to adverse action, which may include termination. The 24 months is counted beginning from the date of the first less-than-Commendable PMP. This applies even when the employee, over the course of the annual performance periods, has received other interim or annual PMPs with ratings of Commendable or higher.

5. *Nonregular employees.* The termination of a nonregular employee is governed by the terms of his or her particular appointment and any other applicable policies, and not by this policy. For example, the termination of a provisional employee is governed by the Provisional Employment Period policy.

[1]An employee who has been employed at the Board for less than 12 months may or may not receive an annual PMP depending on the date he or she begins employment at the Board.
[2]Some new employees may be an exception (see footnote 1).
[3]The determination of whether a nonregular employee is meeting the requirements for continued Board employment is governed by the terms of his or her particular appointment and not by this policy.
[4]Unless otherwise noted, all references in this "Appeals" section to the PMP or annual PMP should be read to include an appealable interim PMP.
[5]Appeals by a division director of his or her PMP are handled under a separate process.
[6]Interim PMP ratings of below Commendable issued following an annual PMP rating of Marginal or Unsatisfactory are subject to review in a formal adverse action proceeding based on those PMPs. See the appendix.
[7]In the case of a second-level appeal by an officer, the Staff Director will perform the functions that would otherwise be performed by the Associate Director.
[8]As provided in the Adverse Action Policy and Procedures, adverse action may be taken for various reasons, one of which is performance. This appendix describes the adverse action consequences when performance is the primary reason for the adverse action. This appendix has no effect on adverse actions taken for other reasons.

Return to top

Contents | Previous | Next

**000201**

ROI00269