# DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

# EXHIBIT - H

Special Achievement Awards Program                                              Page 1 of 2

## MANAGEMENT DIVISION
## EMPLOYEE RECOGNITION PROGRAMS

**MGT Quick Links**
- Contacts
- Employees' Committee
- Employee Recognition
- Employee Suggestions
- Fine Arts Program
- Fitness Center
- Food Services
- Management News
- Organization Chart
- Parking Program
- Planning and Budgeting
- Procurement
- Shuttle Schedules
- Staff Directory
- Table Talk
- Visitor Registration
- Work order

**SPECIAL ACHIEVEMENT AWARDS PROGRAM**

The Special Achievement Awards Program annually recognizes and rewards employees who have made extraordinary accomplishments related to the mission and objectives of the Board.

**Guidelines**

1. *Eligibility.* All employees, except officers, who have made an outstanding contribution to the objectives and mission of the Board and who have received a Commendable or better rating on their most recent Performance Management Program evaluation are eligible.

2. *Criteria.* Candidates will be evaluated on one or more of the following criteria:

   o extraordinary achievements that result in significant cost savings for the Board or the Federal Reserve Banks

   o extraordinary efforts that result in improving or increasing productivity or improving the quality of output

   o extraordinary efforts in management of programs, particularly those that enable the Board to reallocate resources to other high-priority activities

   o extraordinary personal initiative and innovation

   o sustained superior performance

3. *Nominations.* Division directors, staff directors, executive directors, and Board members may submit nominations to the HR Employee Services Function of the Management Division at any time through a memorandum that outlines the candidate's eligibility. Nominations shall be made without discrimination on the basis of race, sex, age, religion, national origin, handicap, job family, or grade level. HR will submit the nominations to the selection committee.

4. *Selection committee.* The selection committee consists of the Administrative Governor; the Staff Director for Management; the Director for Banking Supervision and Regulation; the General Counsel; the Director for Information Technology; the Director for Management; the Director for Reserve Bank Operations and Payment Systems; the Secretary of the Board; and the Director for International Finance, or the Director for Monetary Affairs, or the Director for Research and Statistics (rotated annually). If a committee member is unable to serve, he or she may designate a senior-level officer as a substitute.

Once a year, the committee will review the nominations and

000207

Special Achievement Awards Program                                Page 2 of 2

recommend to the Board who should be honored. Selection of award recipients shall be made without discrimination on the basis of race, sex, age, religion, national origin, handicap, job family, or grade level.

5. *Awards allocation.* In general, a maximum of one-half of 1 percent of the Board's nonofficial staff may receive a special achievement award in any one year. The selection committee may, at its discretion, agree to increase this number during the selection process. An award cannot be granted to the same employee two years consecutively.

**Responsibility**

The HR Employee Services Function of the Management Division is responsible for administering this program.

Home | FedWeb

*This FedWeb page is available to staff throughout the FR System.*
Maintained by Phyllis Meekins, *Board of Governors*
Last update: October 4, 2005