IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN A. PRICE, | ) | |
| Plaintiff, | ) | Civil Action No. 06-1569 (RCL) |
| | ) | |
| v. | ) | |
| | ) | |
| BEN S. BERNANKE, | ) | |
| CHAIRMAN OF THE BOARD | ) | |
| OF GOVERNORS OF THE | ) | |
| FEDERAL RESERVE SYSTEM, | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

On Consideration of Defendant's Motion For Summary Judgment, plaintiff's opposition thereto and defendant's reply, and the entire record in this case it is now:

ORDERED that defendant be granted summary judgment as a matter of law on all claims asserted in Counts I though IV.

ACCORDINGLY, the complaint is dismissed with prejudice.

DATED: _____

_____
United States District Judge