**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JOHN A. PRICE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civ. No. 06-1569 (RCL)** |
| | ) | |
| **BEN BERNANKE** | ) | |
| **Chairman, Board of Governors of the** | ) | |
| **Federal Reserve System,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**ORDER**

Defendant, Ben Bernanke, Chairman of the Board of Governors of the Federal Reserve

System, has filed an answer.  Therefore, a Local Rule 16.3 Conference shall be held within

fifteen (15) days of this date between plaintiff and defendant.  Within ten (10) days thereafter, a

report shall be filed with the Court, along with a proposed scheduling order.  The Proposed

Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or

Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, January 22, 2007.