**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOHN A. PRICE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) Case No. 06-1569 (RCL) |
|     v. | ) |
| | ) |
| **BEN S. BERNANKE, CHAIRMAN,** | ) |
| **THE BOARD OF GOVERNORS OF** | ) |
| **THE FEDERAL RESERVE SYSTEM,** | ) |
| | ) |
|     **Defendant.** | ) |

**PLAINTIFF'S *CONSENT* MOTION TO STAY CONSIDERATION OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff John Price, with Defendant's *consent*, respectfully moves the Court to stay its consideration of Defendant's Motion for Summary Judgment until after the Court resolves Plaintiff's soon-to-be-filed Rule 56(f) motion. As grounds for this motion, Plaintiff states as follows:

    1)    On January 22, 2007, Defendant filed its answer and a motion for summary judgment in this matter.

    2)    No discovery has taken place in this matter, and Plaintiff believes the he requires the opportunity to discover information that is essential to his opposition and thus he is seeking discovery prior to opposing summary judgment pursuant to Rule 56(f). *See, e.g.*, *Oksanen v. Page Memorial Hosp.*, 912 F.2d 73, 77-78 (4th Cir. 1990).

    3)    Plaintiff anticipates filing his Rule 56(f) motion on or before February 2, 2007, in lieu of his substantive opposition to summary judgment, which is due on February 2, 2007, in the event this consent motion is not granted.

2

4) Plaintiff asks that the Court stay its consideration of Defendant's motion for summary judgment until after it considers and rules upon Plaintiff's Rule 56(f) motion, as this proposed course of action will lead to the most efficient use of the Court's and the parties' time and resources.

5) In the event that Plaintiff's Rule 56(f) motion is granted, Plaintiff will not be required to file an opposition to the motion for summary judgment until after Defendant renews its motion at the end of discovery.

6) However in the event that Plaintiff's Rule 56(f) motion is denied, Plaintiff requests that his substantive opposition be due to be filed fifteen days after the entry of the order denying his Rule 56(f) motion.

7) On January 23, 2007, the undersigned sought and counsel for Defendant graciously gave consent for this motion.

WHEREFORE, for the reasons stated above, Plaintiff respectfully requests that the Court grant his Consent Motion to Stay Consideration of Defendant's Motion for Summary Judgment.

Respectfully submitted,
*By Counsel*

_/S/ Nicholas Woodfield_____
R. Scott Oswald, Esq.
Nicholas Woodfield, Esq.
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006-3307
(202) 261-2806
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
nwoodfield@employmentlawgroup.net
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of January, 2007, the foregoing Plaintiff's Consent Motion to Stay Consideration of Defendant's Motion for Summary Judgment was served by via using the Court's electronic transmission system, upon:

Katherine H. Wheatley, Esq.
Assistant General Counsel

John L. Kuray
Senior Counsel

Board of Governors of the
Federal Reserve System
20th and C Streets, NW
Washington, D.C. 20551

                                                                                                                                /S/ Nicholas Woodfield_____
                                                                                                                                Nicholas Woodfield