UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN A. PRICE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-1569 (RCL) |
| ) | |
| BEN BERNANKE ) | |
| Chairman, Board of Governors of the ) | |
| Federal Reserve System, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

THIS MATTER COMES UPON Plaintiff's Consent Motion to Stay Consideration of Defendant's Motion for Summary Judgment, and it otherwise appearing proper, it is hereby

ORDERED that Plaintiff's Consent Motion to Stay Consideration of Defendant's Motion for Summary Judgment is GRANTED; and it is further

ORDERED that in the event that Plaintiff's Rule 56(f) motion is granted Plaintiff will not be required to file an opposition to the motion for summary judgment until after Defendant renews its motion at the end of discovery. However in the event that Plaintiff's Rule 56(f) motion is denied, Plaintiff's substantive opposition shall be due to be filed fifteen days after the entry of the order denying his Rule 56(f) motion.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, January 26, 2007.