IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN A. PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 06-1569 (RCL) |
| v. | ) |
| | ) |
| BEN S. BERNANKE, CHAIRMAN, | ) |
| THE BOARD OF GOVERNORS OF | ) |
| THE FEDERAL RESERVE SYSTEM, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO STAY CONSIDERATION OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO
<u>PERMIT DISCOVERY, PURSUANT TO RULE 56(f)</u>**

COMES NOW the Plaintiff John Price, by and through Counsel, and does move this Honorable Court to Stay Consideration of Defendant's Motion for Summary Judgment and to Permit Discovery Pursuant to Rule 56(f) of the Federal Rules of Civil Procedure. Plaintiff hereby avers and states as follows:

1) Plaintiff should be permitted discovery into the merits of his case because he cannot, for reasons stated in the declarations of Plaintiff and his counsel, Nicholas Woodfield, Esq., and as argued in his Opposition to Defendants' Motion for Summary Judgment, present facts essential to justify his opposition to Defendants' Motion for Summary Judgment filed on January 22, 2007.

2) The Defendant is not entitled to Summary Judgment as discovery is needed and has not yet been had. There is outstanding discovery that Plaintiff requires before he can properly oppose Defendant's Motion for Summary Judgment.

2

3)   Consideration of Plaintiff's motion should be stayed because Plaintiff requires significant and substantial discovery from Defendant to prove his claims of discrimination and retaliation, as well as to demonstrate that Defendant's allegedly legitimate, non-discriminatory reasons for taking Plaintiff's adverse employment actions are pretext.

WHEREFORE, for the reasons stated above and as discussed in the Memorandum and Points of Authorities to Support Plaintiff's motion, Plaintiff requests that the Court grant this Motion to Stay Consideration of Defendants' Motion for Summary Judgment and to Permit Discovery Pursuant to Rule 56(f).

## CONCLUSION

For the foregoing reasons, the Court should grant plaintiff the opportunity for discovery in support of his claim and DENY or STAY Defendant's motion for summary judgment pending the completion of discovery.

Respectfully submitted,
*By Counsel*

 /s/   Nicholas Woodfield
R. Scott Oswald, Esq. (D.C. Bar # 458859)
Nicholas Woodfield, Esq. (D.C. Bar # 471801)
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006-3307
(202) 261-2806
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
nwoodfield@employmentlawgroup.net
*Counsel for Plaintiff*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of February, 2007, the foregoing Motion to Stay Consideration of Defendant's Motion for Summary Judgment and Permit Discovery Pursuant to Rule 56(f), Memorandum in Support of Same, and Proposed Order was served by via using the Court's electronic transmission system, upon:

Katherine H. Wheatley, Esq.
Assistant General Counsel

John L. Kuray
Senior Counsel

Board of Governors of the
Federal Reserve System
20th and C Streets, NW
Washington, DC  20551

                                        _/s/__Nicholas Woodfield_____