IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN A. PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06-1569 (RCL) |
| v. ) | |
| ) | |
| BEN S. BERNANKE, CHAIRMAN, ) | |
| THE BOARD OF GOVERNORS OF ) | |
| THE FEDERAL RESERVE SYSTEM, ) | |
| ) | |
| Defendant. ) | |

### [PROPOSED] ORDER

THIS MATTER COMES UPON Plaintiff's Motion to Stay Consideration of Defendant's Motion for Summary Judgment and to Permit Discovery, Pursuant To Rule 56(F), and any opposition filed in response thereto, and it otherwise appearing proper it is hereby

ORDERED that Plaintiff's Motion to Stay Consideration of Defendant's Motion for Summary Judgment and to Permit Discovery, Pursuant To Rule 56(F) is GRANTED; and it is further

ORDERED that Plaintiff will not be required to file an opposition to Defendant's motion for summary judgment unless and until Defendant renews its motion at the end of discovery.

ENTERED this _____ day of February, 2007.

_____
Honorable Royce C. Lamberth,
U.S. District Court for the District of Columbia

2

Copies to:

R. Scott Oswald, Esq.
Nicholas Woodfield, Esq.
The Employment Law Group, P.C.
888 17th Street NW
Suite 900
Washington, D.C. 20006-3307

John L. Kuray, Esq.
Katherine H. Wheatley, Esq.
Board of Governors of the Federal Reserve System
21st & C Street, NW
Washington, D.C. 20551