IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JOHN A. PRICE,                      )
          Plaintiff,                )    No. 06-1569 (RCL)
                                    )
v.                                  )
                                    )
BEN S. BERNANKE,                    )
CHAIRMAN OF THE BOARD               )
OF GOVERNORS OF THE                 )
FEDERAL RESERVE SYSTEM,             )
          Defendant.                )
_____     )

**DEFENDANT'S CONSENT MOTION FOR
AN ENLARGEMENT OF TIME TO FILE
OPPOSITION TO PLAINTIFF'S MOTION TO
STAY AND TO PERMIT DISCOVERY**

Defendant's opposition to Plaintiff's Motion To Stay Consideration of Defendant's Motion For Summary Judgment and To Permit Discovery, Pursuant To Rule 56(f) currently is due on February 16, 2007. Defendant respectfully requests a 14-day extension of time, until March 2, 2007, in which to file its opposition. Defendant's counsel has conferred with counsel for plaintiff, who consents to this request for an enlargement of time. Defendant's basis for this request is as follows.

The attorney primarily responsible for preparing defendant's opposition is on jury duty. Due to his absence and the press of other matters, defendant's counsel would be unable to devote the necessary time to fully respond to plaintiff's pending motion. Defendant therefore requests this short extension in which to file its opposition. A proposed Order is attached.

DATED: February ___, 2007                    Respectfully submitted,


_____    /s/ Katherine H. Wheatley
                                     Katherine H. Wheatley
                                     (Bar No. 359037)
                                     Associate General Counsel

                                     John L. Kuray
                                     Senior Counsel

                                     Jason A. Gonzalez
                                     Senior Attorney

                                     Board of Governors of
                                     the Federal Reserve System
                                     20th & C Streets, N.W.
                                     Washington, D.C.  20551
                                     (202) 452-3779