UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN A. PRICE,<br>     Plaintiff,<br><br>v.<br><br>BEN S. BERNANKE,<br>CHAIRMAN OF THE BOARD<br>OF GOVERNORS OF THE<br>FEDERAL RESERVE SYSTEM,<br>     Defendant. | )<br>)<br>) No. 06-1569 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

On consideration of Defendant's Consent Motion for an Enlargement of Time to File Opposition to Plaintiff's Motion to Stay and to Permit Discovery, and for good cause shown, it is hereby ORDERED that defendant's motion is GRANTED and defendant's opposition shall be filed on or before March 2, 2007.

DATED: _____

_____
United States District Judge