IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                )
JOHN A. PRICE,                  )
         Plaintiff,             )        Civil Action No. 06-1569 (RCL)
v.                              )
                                )
BEN BERNANKE,                   )
CHAIRMAN OF THE BOARD           )
OF GOVERNORS OF THE             )
FEDERAL RESERVE SYSTEM,         )
         Defendant.             )
_____)

**[DEFENDANT'S PROPOSED]
ORDER PURSUANT TO LOCAL RULE 16.3**

On consideration of the Joint Meet and Confer Statement Pursuant to Local Rule 16.3

and Plaintiff's Motion to Stay Consideration of Defendant's Motion For Summary Judgment and

to Permit Discovery Pursuant to Rule 56(f) ("Plaintiff's Motion"), which is pending before this

Court, and a decision on which will determine the necessity for and the schedule of further

proceedings in this matter, including the necessity for and the appropriate scope of discovery,

and because no party will suffer any prejudice from a stay of the proceedings while the Court

considers the Plaintiff's Motion, it is now

ORDERED that all scheduling and discovery in this case, including initial disclosures,

are stayed pending the Court's determination of Plaintiff's Motion. The Court will issue a

Scheduling Order, if necessary, following the determination of Plaintiff's Motion.

DATED: _____

                                    _____
                                    United States District Judge