**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| **JOHN A. PRICE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) **Case No. 1:06-cv-1569** |
| **v.** | ) |
| | ) **Judge Royce C. Lamberth** |
| **BEN S. BERNANKE, CHAIRMAN OF** | ) |
| **THE BOARD OF GOVERNORS OF** | ) |
| **THE FEDERAL RESERVE SYSTEM,** | ) |
| | ) |
| **Defendant.** | ) |

_____)

### [PLAINTIFF'S PROPOSED] SCHEDULING ORDER

This matter having come before the Court for an Initial Scheduling Conference, and

the Court having considered the parties' Joint Report submitted to the Court pursuant to

LCvR 16.3(d), it is hereby **ORDERED** that:

1.      Any motion for leave to amend the Amended Complaint must be made within 90

days after entry of this Order.

2.      This case will remain before this Court and will not be assigned to a Magistrate

Judge except for mediation.

3.      The parties will participate in mediation of this case before a Magistrate Judge

after three months of discovery.

4.      Dispositive motions, if any, shall be filed no later than 30 days after the close of

discovery, with opposition briefs to be filed 30 days thereafter, and reply briefs to be filed 14

days after the filing of opposition briefs.

5.      Initial disclosures shall be made in accordance with the Local Rules of this Court and

Federal Rule of Civil Procedure 26(a)(1) without change in scope, form or timing.

6.      Each party is limited to a maximum of 25 interrogatories.

7.      Each party is limited to a maximum of ten depositions, excluding the depositions

of expert witnesses designated pursuant to Fed. R. Civ. P. 26(a)(2), and that the duration of each

deposition should not exceed one day of seven hours.

8.      The length of any witness's deposition shall not exceed one day of seven hours.

This limitation contemplates that there will be reasonable breaks during the day for lunch and

other reasons, and that the only time to be counted is the time occupied by the actual deposition.

9.      The discovery period shall close 120 days after the entry of this Scheduling

Order, and the close of the discovery period shall not preclude the parties from moving to

compel responses to previous discovery requests that were timely made.

10.     Each party shall exchange expert witness reports and information pursuant to Fed.

R. Civ. P. 26(a)(2).

11.     The Court will set a post-discovery status conference by further order of the

Court.

        **SO ORDERED.**


Dated:_____      _____
                                  Hon. Royce C. Lamberth
                                  United States District Judge