IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN A. PRICE, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BEN BERNANKE, )<br>  CHAIRMAN OF THE BOARD )<br>  OF GOVERNORS OF THE )<br>  FEDERAL RESERVE SYSTEM, )<br>    Defendant. )<br>) | Civil Action No. 06-1569 (RCL) |

**[PROPOSED] ORDER**

On Consideration of Defendant's Opposition to Plaintiff's Motion to Stay Consideration of Defendant's Motion for Summary Judgment and to Permit Discovery Pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, it is now ORDERED that Plaintiff's Motion be DENIED, and it is further ORDERED that Plaintiff respond to Defendant's motion for summary judgment within 15 days of the date of this Order in accordance with the parties' agreed scheduling of this matter.

DATED: _____

_____
United States District Judge