IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN A. PRICE,<br><br>      Plaintiff,<br><br>      v.<br><br>BEN S. BERNANKE, CHAIRMAN,<br>THE BOARD OF GOVERNORS OF<br>THE FEDERAL RESERVE SYSTEM,<br><br>      Defendant. | Case No. 06-1569 (RCL) |

## RULE 41(a)(1) STIPULATION OF DISMISSAL

COME NOW the Plaintiff, by and through Counsel, and the Defendant, by and through Counsel, and pursuant to Fed. R. Civ. P. 41(a)(1) do stipulate that this matter should be dismissed with prejudice, with costs to be taxed as paid.

Respectfully submitted,

| | |
|---|---|
| /s/   Nicholas Woodfield | /s/   Katherine H. Wheatley |
| R. Scott Oswald, Esq. (D.C. Bar # 458859) | Katherine H. Wheatley, Esq. |
| Nicholas Woodfield, Esq. (D.C. Bar # 471801) | Assistant General Counsel |
| The Employment Law Group, P.C. | Board of Governors of the |
| 888 17th Street, NW, Suite 900 | Federal Reserve System |
| Washington, D.C. 20006-3307 | 20th and C Streets, NW |
| (202) 261-2806 | Washington, D.C. 20551 |
| *Counsel for Plaintiff* | (202) 452-3779 |
| | *Counsel for Defendant* |